IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| VOCALIFE LLC, | § § § | |
| *Plaintiff*, | § § | CIVIL ACTION NO. 2:21-CV-00123-JRG (LEAD CASE) |
| v. | § § § | |
| HARMAN INTERNATIONAL INDUSTRIES INC., | § § § § § | |
| *Defendant*. | § | |
| v. | § § | CIVIL ACTION NO. 2:21-CV-00124-JRG (MEMBER CASE) |
| GOOGLE LLC, | § § § § | |
| *Defendant*. | § § | |

## ORDER

Before the Court is Defendant Google LLC's ("Google") Unopposed Motion for Hearing on Defendant Google LLC's Motion to Dismiss for Improper Venue or Transfer (the "Motion"). (Dkt. No. 52). In the Motion, Google requests a hearing on its Motion to Dismiss for Improper Venue, or in the alternative, to Transfer (Dkt. No. 21). Plaintiff Vocalife LLC ("Vocalife") does not oppose the Motion.

After the Motion was filed, the Court granted Google's Motion to Stay Pending Resolution of Motion to Transfer or Dismiss (Dkt. No. 56) and stayed the above-caption action while the parties engage in narrowly tailored venue discovery to facilitate a fair and full adjudication of the venue disputes. (Dkt. No. 71). On February 24, 2022, Vocalife and Google filed a Joint Status Report Regarding Venue Discovery and informed the Court that they anticipate filing an additional

joint notice apprising the Court of any further developments, including the completion of venue discovery and the proposed timeline of any additional briefing. (Dkt. No. 72).

Having considered the Motion, and in light of the procedural development since its filing, the Court finds that it should be **DENIED WITHOUT PREJUDICE**. The Court will permit the parties to file a renewed request for hearing following the filing of the anticipated joint notice.

**So ORDERED and SIGNED this 1st day of March, 2022.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE