## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| VOCALIFE LLC | § § | |
| v. | § § | CIVIL ACTION NO.  2:21-CV-00123-JRG |
| HARMAN INTERNATIONAL INDUSTRIES INC. | § § § § | (Lead Case) |

| | | |
|---|---|---|
| VOCALIFE LLC | § § | |
| v. | § § | CIVIL ACTION NO.  2:21-CV-00124-JRG |
| GOOGLE LLC | § § § | (Member Case) |

## MOTION HEARING MINUTES
### HELD BEFORE U.S. DISTRICT JUDGE RODNEY GILSTRAP
### May 20, 2022

**OPEN:  10:32 AM**                                                              **ADJOURN:  10:54 AM**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached |
| ATTORNEYS FOR DEFENDANTS: | See attached |
| LAW CLERK: | Cody Carter |
| COURT REPORTER: | Shawn McRoberts, RMR, CRR |
| COURTROOM DEPUTY: | Andrea Brunson, CP |

| TIME | MINUTES |
|---|---|
| 10:32 AM | Court opened. |
| 10:33 AM | Court called for announcements from counsel. |
| 10:34 AM | Court began hearing argument re: [SEALED] Plaintiff's Motion for Leave to Serve Subpoenas on Ettain Group, Experis US Inc. and Manpower Group, Inc. (Dkt. No. 77). |
| 10:34 AM | Mr. Iturralde presented argument for Plaintiff. |
| 10:40 AM | Responsive argument by Mr. Jones for Defendant Google. |
| 10:46 AM | Follow-up argument by Mr. Iturralde for Plaintiff. |
| 10:50 AM | Court made rulings as set forth in the record. |
| 10:54 AM | Court adjourned. |